# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Thomas V. Girardi, Christopher K. Kamon, and David R. Lira

Case Number: 1:23-cr-00054

An appearance is hereby filed by the undersigned as attorney for:

Defendant Christopher K. Kamon

Attorney name (type or print): William E. Ridgway

Firm: Skadden, Arps, Slate, Meagher & Flom LLP

Street address: 155 N. Wacker Drive

City/State/Zip: Chicago, IL 60606

Bar ID Number: 247529
(See item 3 in instructions)

Telephone Number: (312) 407-0449

Email Address: william.ridgway@skadden.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✔ |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
- [✔] Retained Counsel
- [ ] Appointed Counsel
  If appointed counsel, are you
  - [ ] Federal Defender
  - [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/08/2023

Attorney signature: S/ William E. Ridgway

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015