# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                                            Case No.: 1:23–cr–00054
                                                                 Honorable Mary M. Rowland

Thomas V. Girardi, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 21, 2023:

      MINUTE entry before the Honorable Mary M. Rowland as to Thomas V. Girardi, Christopher K. Kamon, David R. Lira : Minute entry [60] is modified to reflect the correct Judge: In−person status hearing held and continued to 9/20/23 at 8:45am. Defendants&#039; appearances were waived for today and the next status hearing. Government reported on the status of this case and the case pending in the Central District of California. Government to produce competency reports in its possession to counsel for Defendant Girardi today. Defendant Girardi reserves the right to object to competency evaluation report produced in the Central District of California and to seek further competency evaluations. The Government reported a large amount of discovery has been produced and a voluminous production of emails is forthcoming. Without objection, time is excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)−(B) and United States v. O'Connor, No. 09−2476 (7th Cir. Sept. 1, 2011) until 9/20/2023. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.