**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: U.S. v. Christopher K. Kamon

Case Number: 23-cr-00054-2

An appearance is hereby filed by the undersigned as attorney for:

Christopher K. Kamon

Attorney name (type or print): Michael V. Severo

Firm: THE SEVERO LAW FIRM, A Professional Law Corporation

Street address: 301 N. Lake Avenue Suite 315

City/State/Zip: Pasadena, CA 91101

Bar ID Number: 072599
(See item 3 in instructions)

Telephone Number: (626) 844-6400

Email Address: msevero@mvslaw.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☑ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/10/2023

Attorney signature: S/ *Michael V. Severo*
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023