## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:23-CR-00054-2 |
| vs. | |
| CHRISTOPHER K. KAMON, | |
| Defendant. | |

## DEFENDANT CHRISTOPHER KAMON'S
## CHARACTER LETTERS TO THE COURT

Defendant CHRISTOPHER KAMON, by and through his attorney of records, Michael V. Severo, Esq., hereby offers the attached character letters to the court which defendant asks to be taken into consideration at the time of sentencing.

Dated: July 7, 2025

THE SEVERO LAW FIRM

By: *Michael V. Severo*

Michael V. Severo (CA SBN: 072599)
Attorney for Defendant Christopher K. Kamon
THE SEVERO LAW FIRM
301 N. Lake Avenue, Suite 315
Pasadena, CA 91101
Ph: (626) 844-6400
Fax: (626) 844-6446
msevero@mvslaw.com