# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:23−cr−00054

Honorable Mary M. Rowland

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2025:

MINUTE entry before the Honorable Mary M. Rowland as to Christopher K. Kamon: Change of plea hearing and sentencing hearing held and continued to 7/14/25 at 10:15am. Without objection, time previously excluded in the interest of justice to allow for adequate trial preparation, in view of the complexity of the case, and for continuity of counsel, under 18 U.S.C. Section 3161(h)(7)(A)−(B) and United States v. O'Connor, No. 09−2476 (7th Cir. Sept. 1, 2011) until 7/14/25 at to Defendants Kamon and Lira. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.